

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

September 5, 2012

Litigation Coordinator
MRDCC
550 E. Madison Street
Baltimore, Maryland 21202

SEP 11 2012
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

RECEIVED SEP -7 2012 M.R.D.C.C. WARDEN'S OFFICE

Re: Hemphill v. Miles, et al
Civil Action No. WDQ-12-2266

Dear Litigation Coordinator:

You have received a complaint for each of the defendants listed below and an Order which requires you to inform this Court as to whether you are accepting or refusing services on behalf of the defendants listed below. Please inform this Court within twenty-one (21) days from the date of this letter by checking the applicable response below and returning a copy of this letter to the Pro Se Unit, United States District Court, Room 4415, 101 W. Lombard Street, Baltimore, MD 21201, and to Assistant Attorney Stephanie Lane-Weber, Correctional Litigation Unit, 200 St. Paul Place, Baltimore, MD 21202. In the event you have any questions of this Court, or if the pleadings you received are incomplete, please contact the Pro Se Docket Clerk at (410) 962-2600.

| DEFENDANTS | | DATE ACCEPTED | DATE REFUSED |
|---|---|---|---|
| Shavella Miles | None | | 9/7/12 |
| Captain Hancock | are | | 9/7/12 |
| Sargent Porter | MRDCC | | 9/7/12 |
| Kwanita West | Employees | | 9/7/12 |
| Teron Knight | | | 9/7/12 |
| CO II Tucker | | | 9/7/12 |
| CO II Evans | | | 9/7/12 |
| Jane Doe | | | 9/7/12 |
| John Doe | | | 9/7/12 |

Your anticipated cooperation will help to expedite service of process and the progress of civil cases in this Court.

Sincerely,

FELICIA C. CANNON, CLERK

By: /S/

---

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov

Accepted and Received by:

_Sandra Moore_ (signature)

Litigation Coordinator

Deputy Clerk

September 5, 2012

Date

cc: Assistant Attorney General
Court File

Letter to Correctional Institution Re: Service of Process (Rev. 05/2010)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov