IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CALVIN HEMPHILL, # 406562 | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. WDQ-12-02266 |
| SHAVELLA MILES, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT OFFICERS' RESPONSE TO
MOTION FOR VOLUNTARY DISMISSAL**

NOW COME Defendants, Major Shavella Miles ("Maj. Miles"), Sergeant Michael Porter ("Sgt. Porter"), Correctional Officer Kwanita West ("CO West"), Correctional Officer Teron Knight ("CO Knight"), Correctional Officer Tracey Tucker ("CO Tucker"), Captain Kevin Hickson ("Capt. Hickson"), and Correctional Officer Lisa Evans ("CO Evans") (collectively, "Defendant Officers"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a), with this response to Plaintiff Calvin Hemphill's ("Inmate Hemphill") "motion for voluntary dismissal" and say:

1. Pursuant to Fed. R. Civ. P. 41(a)(1), a plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A). Defendant Officers filed a motion for summary judgment on March 25, 2013. (ECF No. 24). Also, the parties have not signed a stipulation of dismissal in this case. Therefore, Inmate Hemphill must obtain leave from this Court to voluntarily dismiss this case. *Id.*

2. While Defendant Officers have not executed a stipulation of dismissal in this case, Defendant Officers do not oppose dismissal of the case *sub judice*. Defendant Officers, however, contend that Inmate Hemphill's case should be dismissed with prejudice.

WHEREFORE, it is respectfully requested that this Court dismiss Inmate Hemphill's case with prejudice.

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland


_____/s/_____
TAMAL A. BANTON
Federal Bar No. 27206
Assistant Attorney General
tabanton@dpscs.state.md.us
(410) 585-3084 telephone

Maryland Office of Attorney General
Department of Public Safety & Correctional Services
115 Sudbrook Lane, Suite A
Pikesville, Maryland 21208
(410) 764-5366 facsimile

# CERTIFICAT OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of April 2013, a copy of the foregoing Defendant Officers' Response to Motion for Preliminary Injunction was mailed, postage prepaid, to:

>Calvin Hemphill, #406562
>Maryland Correctional Institution - Hagerstown
>18601 Roxbury Road
>Hagerstown, Maryland 21746
>*Pro Se Plaintiff*

_____/s_____
Tamal A. Banton